

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-14-00609-CV

Irma **LEMUS** and Manuel Lemus,
Appellants

v.

John Rene **AGUILAR**, Johnny B. Wells, Laura Ashley Wells, and Johnny Montoya Garza,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00251
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Appellants' brief was filed April 20, 2015. However, the brief does not conform to the Texas Rules of Appellate Procedure in the following material respects:

1) Neither the statement of the case nor the statement of facts is supported by references to the record; *see* TEX. R. APP. P. 38.1(d), (f);

2) The brief does not contain a summary of the argument; *see id.* 38.1(h);

3) The argument does not contain appropriate citations to the record; *see id.* 38.1(i);

4) The brief substantially exceeds the 15,000 word limit; *see id.* 9.4(i)(1), (2)(B); and

5) The brief does not contain a certificate of compliance stating the number of words in the document; *see id.* 9.4(i)(3).

We **order** appellants, Irma Lemus and Manuel Lemus Jr., to file a redrawn brief by **May 11, 2015**. *See* TEX. R. APP. P. 9.4(k), 38.9. If the redrawn brief does not correct the violations identified above, we may strike the brief and prohibit appellants from filing another. *See id.*

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.



_____
Keith E. Hottle
Clerk of Court